PENALTY SLIP

NAME: ARMANDO G. MAGALLON

NUMBER OF COUNTS: _____2_____

**Vio:** <u>Ct.1:</u> 18 U.S.C. § 922(g)(1)-Possession of a Firearm by Prohibited Person

**Penalty:** CAG 10 years, $250,000 fine, or both with 3 years supervised release and a $100.00 special assessment.

**Vio:** <u>Ct.2:</u> 26 U.S.C. §5841, §5861(d), and §5871-Possession of Unregistered Firearm

**Penalty:** CAG 10 years, $10,000 fine, or both with 3 years supervised release and a $100.00 special assessment.

Case No. **CR-10-2105-FVS-1**

USA Initials: ___TJM___